COA # __08-13-00025-CR__  OFFENSE: __OTHER CRIMINAL__

STYLE: __Ex Parte: Daniel Alvarez v.__  COUNTY: __El Paso__

COA DISPOSITION: __GRANTED__  TRIAL COURT: __384th District Court__

DATE: __01/04/13__  Publish: __YES__  TC CASE #: __960D10169-384-1__

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: __Ex Parte: Daniel Alvarez v.__  CCA #: _____

__APPELLEE'S__ ___ Petition  CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: ____**419-15**____
__Refused__  JUDGE: _____
DATE: __Sept. 16, 2015__  SIGNED: _____  PC: _____
JUDGE: __Pc__  PUBLISH: _____  DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____